In the Interest of K.S.C.

JUVENILE OFFICER, Respondent,

v.

K.S.C., Appellant.

WD 48080.

Missouri Court of Appeals,
Western District.

Feb. 15, 1994.

Motion for Rehearing and/or Transfer to
Supreme Court Denied March 29, 1994.

Mark R. Thompson, Laurilyn A. Goettsch, Kansas City, for appellant.

Catherine S. Dorothy, Kansas City, for respondent.

Before BERREY, C.J., and KENNEDY and ELLIS, JJ.

### ORDER

PER CURIAM.

Appeal from a juvenile court order finding K.S.C. to be in need of care and treatment for committing an act which would be a crime if she were an adult.

Affirmed. Rule 84.16(b).

Anthony MILLS, Appellant,

v.

STATE of Missouri, Respondent.

No. 64405.

Missouri Court of Appeals,
Eastern District,
Division One.

Feb. 15, 1994.

Motion for Rehearing and/or Transfer to
Supreme Court Denied March 23, 1994.

Application to Transfer Denied
April 26, 1994.

David C. Hemingway, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Becky Owenson Kilpatrick, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

### ORDER

PER CURIAM.

Movant appeals the dismissal of his Rule 24.035 motion as untimely. We affirm pursuant to Rule 84.16(b)(2) and (5).

Further, we find an opinion in this case would have no precedential value and affirm by summary order. Rule 84.16(b). We have provided a memorandum to the parties for their use only.